IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 19 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAUL ADRIAN TORRES

Defendant.

CR NO: 1:18-MJ-00063 EPG

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Raul Adrian Torres | |
| Detained at | Fresno County Sherriff's Office | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: |

**18 U.S.C. 922(g)(1) – Felon in Possession of a Firearm**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 22, 2018 at 2:00 p.m in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kirk E. Sherriff |
| Printed Name & Phone No: | Kirk E. Sherriff/559-497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on June 22, 2018 at 2:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 6-19-18

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Raul Adrian Torres | ☒Male ☐Female | |
| Booking or CDC #: | 1816442 | DOB: | 08/03/1997 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____  _____
                                (signature)